**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

CHRISTINE BIROS, AN INDIVIDUAL,

Respondent

v.

U LOCK INC., A PENNSYLVANIA
CORPORATION,

Petitioner

: No. 259 WAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 19th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.